**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ANNETTA SHARP**                                                                                                    **PLAINTIFF**

V.                              CASE NO.: 3:08CV00183-BD

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                          **DEFENDANT**

## ORDER

Defendant's motion for extension of time to file a response to Plaintiff's brief (docket entry #12) is granted. The time is extended to, and including, April 24, 2009.

IT IS SO ORDERED this 7th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE