IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


ANNETTA SHARP                                                    PLAINTIFF

v.                              NO.  3:08cv00183 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                          DEFENDANT

<u>JUDGMENT</u>

     Pursuant to the Memorandum and Order entered this date, judgment is entered

affirming the final decision of the Commissioner and dismissing Plaintiff's case with

prejudice; the relief sought is denied.

     IT IS SO ORDERED this 19th day of March, 2010.



_____
UNITED STATES MAGISTRATE JUDGE